in view of the relations of the parties to justify the inference that the proof referred to added much to its size. The judgment should be reversed and a new trial granted, with costs to the appellant to abide the event. Robson, J., concurred.

———

Benjamin Stolz, as Receiver of the Central City Water Works Company, Appellant, v. The City of Syracuse, Respondent.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented; McLennan, P. J., not sitting.

In the Matter of John H. Hicks, as Receiver, etc., of the American Underwriters' Fire Insurance Company of Monroe County, Respondent, in an Action Entitled, "Supreme Court: Onondaga County. Skaneateles Paper Company, Plaintiff, v. American Underwriters' Fire Insurance Company of Monroe County, Defendant." William L. Nobles and Others, Appellants.— Order affirmed, with costs. All concurred.

In the Matter of John H. Hicks, as Receiver, etc., of the American Underwriters' Fire Insurance Company of Monroe County, Respondent, in an Action Entitled, "Supreme Court, Onondaga County, Skaneateles Paper Company, Plaintiff, v. American Underwriters' Fire Insurance Company of Monroe County, Defendant." Arthur D. Tyler and Others, Appellants.— Order affirmed, with costs. All concurred.

Adelbert P. Little, Appellant, v. Charles W. Mayer, Respondent.— Judgment affirmed, with costs. All concurred.

West End Paper Company, Respondent, v. Manufacturers' Paper Company, Appellant.— Judgment affirmed, with costs. All concurred; Williams, J., not sitting.

Frank Rich, Respondent, v. The Pennsylvania Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams and Kruse, JJ., who dissented.

John Lindholm, Respondent, v. Ralph E. Waite, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the authority of Laird v. Carton, (196 N. Y. 169), recently decided by the Court of Appeals. All concurred.

Buffalo Vegetable Marketing Company, Appellant, v. Lewis A. Bradley, Respondent. (No. 1.) — Order affirmed, with ten dollars costs and disbursements. All concurred.

Buffalo Vegetable Marketing Company, Appellant, v. Lewis A. Bradley, Respondent. (No. 2.)— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. All concurred.

Jacob C. Heintz, Appellant, v. Continental Casualty Company, Respondent.— Judgment and order affirmed. with costs. All concurred, except Spring and Kruse, JJ., who dissented.

Grover Selden, Appellant, v. Joseph Wallace, Respondent.— Judgment affirmed, with costs. All concurred.

Henry A. Plunkett, Respondent, v. West End Manufacturing Company, Appellant.— Judgment affirmed, with costs. All concurred.